In the Matter of the Claim of OTTO F. JORDAL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.

In the Matter of the Claim of ANN BERKOWITZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.